■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DIETZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on September 30, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Milonas, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH PAUL, Appellant.—Judgment, Supreme Court, Bronx County (Joan Sudolnik, J.), rendered on March 25, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Sandler, J. P., Sullivan, Milonas, Kassal and Smith, JJ.